**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

_____

**BUILDING TRADES UNITED PENSION TRUST**
**FUNDS, HEAT & FROST INSULATORS LOCAL 19**
**AND 127 HEALTH FUND, HEAT & FROST**
**APPRENTICESHIP FUND, UNION INDIVIDUAL**
**ACCOUNT RETIREMENT FUND, and NACARCI FEASTER,**

        **Plaintiffs,**

    **vs.**                                       **Case No. 06-C-1140**

**MADISON ROSE INSULATION, INC.,**

        **Defendant.**
_____

**ORDER FOR JUDGMENT**
_____

Request and application for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.    Defendant Madison Rose Insulation, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

    2.    Madison Rose Insulation, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff fund.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid liquidated damages, interest attorney fees and costs.

4. The court assesses the total damages to the plaintiffs in the sum of $6,635.65.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs, Building Trades United Pension Trust Funds, Heat & Frost Insulators Local 19 and 127 Health Fund, Heat & Frost Apprenticeship Fund, Union Individual Account Retirement Fund, and Nacarci Feaster, and against defendant Madison Rose Insulation, Inc. in the amount of $6,635.65 together with interest at the rate allowed by law.

Dated this 13th day of December, 2006.

BY THE COURT

s/ Rudolph T. Randa
U. S. District Court Judge