UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

BUILDING TRADES UNITED PENSION TRUST
FUNDS, HEAT & FROST INSULATORS LOCAL 19
AND 127 HEALTH FUND, HEAT & FROST
APPRENTICESHIP FUND, UNION INDIVIDUAL
ACCOUNT RETIREMENT FUND, and NACARCI FEASTER,

        **Plaintiffs,**

   **vs.**                                                      **Case No. 06-C-1140**

**MADISON ROSE INSULATION, INC.,**

        **Defendant.**
_____

**ENTRY OF JUDGMENT ON THE DECISION BY THE COURT**
_____

        This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

        **IT IS ORDERED AND ADJUDGED** that the plaintiffs, Building Trades United Pension Trust Funds, Heat & Frost Insulators Local 19 and 127 Health Fund, Heat & Frost Apprenticeship Fund, Union Individual Account Retirement Fund, and Nacarci Feaster, recover from the defendant Madison Rose Insulation, Inc. the sum of $6,635.65 with interest thereon at the rate that is provided by law.

Dated at Milwaukee, Wisconsin, this 13th day of December, 2006.

                                                  _____
                                                  Clerk of Court

                                                  s/ Linda M. Zik
                                                  Deputy Clerk

Approved as to form this 13th day of December, 2006.

s/ Rudolph T. Randa
U. S. District Court Judge